IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. CR 07-12 |
| vs. ) | |
| BILLY FRAZIER, ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on April 30, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the defendant's guilty plea entered on April 23, 2007, in which defendant consented to the forfeiture of any interest he had or has in the firearm alleged to be subject to forfeiture under the Forfeiture Allegation of the March 7, 2007, Indictment;

AND WHEREAS, on May 30, 2007, June 6, 2007, and June 13, 2007, the United States published notice of the forfeiture in the *Cedar Rapids Gazette,* a daily newspaper of general circulation in the area the firearm was seized, and of the United States' intent to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, no third-party claims have been made for return of seized property against the firearm included in the Preliminary Order of Forfeiture entered on April 30, 2007.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the right, title and interest to the hereinafter described property of the defendant named, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2. That the following property belonging to defendant Billy Frazier, who is the subject of this Order, is hereby condemned and forfeited to the United States of America, as follows:

> **a .25 caliber ARMI Tanfoglio Giuseppe handgun, seized from defendant on or about February 11, 2007, in Cedar Rapids, Iowa.**

3. That the Bureau of Alcohol, Tobacco, Firearms, and Explosives, is hereby authorized to dispose of the firearm identified in paragraph 2 of this Order.

4. That the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order; and

5. That the Clerk of the Court shall forward three certified copies of this Order to the United States Attorney's Office, Attention: Assistant U.S. Attorney Martin J. McLaughlin.

Ordered this 16 day of July, 2007.

Linda R. Reade
Chief Judge, U.S. District Court
Northern District of Iowa

2